UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PANDA RESTAURANT GROUP, INC.

        Plaintiff,

v.

PANDA 1 EXPRESS, INC., and
SAMUEL HE HUANG,

        Defendant.

_____/

Civil Action No: 2:09-cv-10384

Hon. John Corbett O'Meara

**CONSENT DECREE AND INJUNCTION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective attorneys, as follows:

1.  This Court has personal jurisdiction over the defendants, Panda 1 Express, Inc. and Samuel He Huang (hereinafter jointly referred to as "PANDA 1"), and has jurisdiction over the subject matter of this action.

2.  PANDA 1 agrees that Panda Restaurant Group, Inc. ("Panda RG") is the owner of U.S. Trademark Registration Nos. 1,516,769, 1,991,081, 1,741,866, 2,018,848, 1,575,742, 1,708,093, 1,707,360, 2,430,444 and 2,501,422 (the "Panda RG Trademarks").

3.  PANDA 1 agrees that the Panda RG Trademarks are valid and enforceable, and that PANDA 1, as well as its officers, directors, agents, servants and employees agree not to challenge the validity or enforceability of any of the Panda RG Trademarks, or directly or

indirectly assist or participate in any action contesting the validity or enforceability of any of the Panda RG Trademarks, except as required by Court Order or subpoena.

4. PANDA 1., including its officers, directors, agents, servants, employees, attorneys, and all others in active concert or participation with them, are hereby permanently enjoined from the following:

a. Any use of any of the Panda RG Trademarks;

b. Within ninety (90) days from the date of this Order, from using PANDA, PANDA EXPRESS or a Panda Bear logo in any manner; and

c. Any use of any other name, symbol, logo, or mark that is confusingly similar to, or a colorable imitation of, PANDA, PANDA EXPRESS or a Panda Bear logo.

5. This Consent Decree and Injunction are subject to and pursuant to the terms and conditions of a Settlement Agreement executed by both PANDA 1 and Panda RG.

6. This Court shall retain jurisdiction over this matter for any enforcement issues related to this Consent Decree and Injunction, and the accompanying Settlement Agreement.

7. The terms of this Consent Decree and Injunction shall bind PANDA 1 and its successors in office, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them.

8. Each party shall bear its own costs and attorney fees. No party is awarded damages.

**SO ORDERED:**

Date: April 21, 2009                                          s/John Corbett O'Meara
                                                              United States District Judge

AGREED TO AND ACCEPTED BY:

DICKINSON WRIGHT PLLC

By: _____
JOHN A. ARTZ (P 24679)
JOHN S. ARTZ (P 48578)
THOMAS E. DONOHUE (P 57089)
38525 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304-5092
(248) 433-7200

**Attorneys for Plaintiff**

BEN T. LIU

By: _____
Ben T. Liu (P27467)
725 S. Adams, Suite 295
Birmingham, MI 48009
(248) 642-4033

**Counsel for Defendants**

PANDA 1 EXPRESS

By: _Sheng_____
            (Print)
Title: _president_____

**SAMUEL HE HUANG**
In Individual Capacity


_____
Samuel He. Huang

3